United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 16, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-10586

AMERICAN REGISTRY OF RADIOLOGIC TECHNOLOGISTS

Plaintiff-Counter Defendant-Appellee,

versus

LUTHER E. MCCLELLLAN

Defendant-Counter Claimant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
(3:00-CV-0257)
--------------------

Before HIGGINBOTHAM, WIENER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. <u>See</u> 5th Cir. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.